CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED *for Cville*

MAR 2 0 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 3-12-CR-00026-01 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DWAIN EDWARD WILLIAMS, | ) | By:  Glen E. Conrad |
| | ) | Chief U. S. District Judge |
| Defendant. | ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER:   March 20, 2013

_____
Chief United States District Judge